# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CASE NO. 3:20-CR-241-001-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| JOY CHILDS, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal" (Document No. 58) filed October 15, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

By the instant motion, Defendant Childs requests that the Court seal her "Motion For Variance And Sentencing Memorandum" since it includes "sensitive information regarding her case." (Document No. 58).

The undersigned observes that Defendant has filed a publicly available redacted version of the "Motion For Variance And Sentencing Memorandum" (Document No. 57), <u>and</u> that an unredacted version of the "Motion For Variance And Sentencing Memorandum" (Document No. 54) is currently sealed. <u>See</u> (Document Nos. 54 and 56 and 57).

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal" (Document No. 58) is **GRANTED**. The unredacted "Motion For Variance And Sentencing Memorandum" (Document No. 54) shall remain under **SEAL** until otherwise ordered by the Court.

**SO ORDERED**.

Signed: October 18, 2021

_____
David C. Keesler
United States Magistrate Judge